1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| LAWRENCE L. MARSH, | CASE NO. 1:09-cv-01282-SMS PC |
| Plaintiff, | ORDER VACATING ORDER GRANTING IFP AND DIRECTING COLLECTION OF FILING FEE, AND DISMISSING THIS ACTION AS DUPLICATIVE OF CASE NUMBER 1:09-cv-01243-GSA |
| v. | |
| M. VEGIANELLI, et al., | |
| Defendants. | (Doc. 8) |

14

15      Plaintiff Lawrence L. Marsh, a state prisoner proceeding pro se and in forma pauperis, filed

16  this civil rights action pursuant to 42 U.S.C. § 1983 on July 23, 2009.  On August 5, 2009, Plaintiff

17  filed a motion to "strike" case number 1:09-cv-01243-GSA as duplicative of this action.  (Doc. 8.)

18      The Court has reviewed both actions, and they are in fact proceeding on identical complaints.

19  Because case number 1:09-cv-01243-GSA was filed first, it shall remain open and this later-filed

20  action shall be closed.

21      Accordingly, it is HEREBY ORDERED that:

22   1.   The order granting Plaintiff leave to proceed in forma pauperis and directing the

23        collection of the filing fee from his trust account, filed August 7, 2009, is

24        VACATED;

25   2.   This action is dismissed as duplicative of case number 1:09-cv-01243-GSA; and

26  ///

27  ///

28  ///

1

1   3.   The Clerk's Office shall serve a copy of this order on (1) the Director of the

2     California Department of Corrections and Rehabilitation and (2) the Financial

3     Department, U.S. District Court, Eastern District of California, Fresno Division.

4

5 IT IS SO ORDERED.

6 **Dated:**  **August 10, 2009**      /s/ Sandra M. Snyder
                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28