# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. MARSH, | CASE NO. 1:09-cv-01282-SMS PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 10) |
| M. VEGIANELLI, et al., | |
| Defendants. | |

On August 12, 2009, Plaintiff Lawrence L. Marsh filed a motion seeking a preliminary injunction.

This action was closed on August 10, 2009, on the ground that it is duplicative of case number 1:09-cv-01243 GSA.  Therefore, Plaintiff 's motion is DENIED AS MOOT.[1]

IT IS SO ORDERED.

**Dated:   August 20, 2009**                              **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff wishes to seek preliminary injunctive relief in case number 1:09-cv-01243 GSA, he may file a motion in that case.

1