# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. MARSH. | CASE NO. 1:09-cv-01282-SMS (PC) |
| Plaintiff, | |
| v. | ORDER DENYING MOTION AS MOOT |
| M. VEGIANELLI, et. al., | (Doc. 12) |
| Defendants. | |

On April 30, 2010, Plaintiff Lawrence L. Marsh filed a motion seeking a preliminary injunction.[1]

This action was closed on August 10, 2009, on the ground that it is duplicative of case number 1:09-cv-01243 GSA. Therefore, Plaintiff's motion is DENIED AS MOOT.[2]

IT IS SO ORDERED.

Dated:   May 4, 2010                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff previously filed a motion for preliminary injunction on August 12, 2009 which was also denied as moot. Docs. 10 and 11.

[2] If Plaintiff wishes to seek preliminary injunctive relief in case number 1:09-cv-01243 GSA, he must file a motion in that case.